# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| EX REL BARBARA BRYANT FOREIGN ESTATE, | : No. 38 EM 2015 |
| | : |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| CITY OF PHILADELPHIA BOARD OF PENSIONS & RETIREMENT, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.